UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON RALPH,

    Plaintiff,                               Civil Action No. 11-15097
v.                                          HONORABLE DENISE PAGE HOOD

BARBARA SAMPSON, *et al.*,

    Defendants.
_____/

## JUDGMENT

This action having come before the Court and the Court having entered an Order dismissing the Complaint this date,

Accordingly,

Judgment is entered in favor of Defendants and against Plaintiff.

                                                          DAVID J. WEAVER
                                                          CLERK OF COURT

Approved:                                                  By: s/LaShawn Saulsberry
                                                               Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: September 28, 2012

Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 28, 2012, by electronic and/or ordinary mail.

                                                      S/LaShawn R. Saulsberry
                                                     Case Manager